IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Boehringer Ingelheim Pharmaceuticals Inc.,  )
et al.                                       )
                                             )
            v.                               )   Civil Action No.
                                             )
Mankind Pharma Ltd. and                      )
Lifestar Pharma LLC                          )

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  September 19, 2018

Date of Expiration of Patent:  * see below

Thirty Month Stay Deadline: February 1, 2022

*Patent No. 8,551,957 - October 14, 2029
*Patent No. 9,949,998 - June 11, 2034

_____10/26/2018_____                    _____/s/ Jack B. Blumenfeld_____
        Date                                 Attorney(s) for Plaintiff