IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LTD., et al.,<br><br>Defendant. | C.A. No. 18-1689-CFC-SRF (Consolidated) |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that effective immediately, Anandita Vyakarnam, counsel for Defendant Alkem Laboratories Ltd. in the above-referenced action, has changed law firms, and should be served as indicated below:

Anandita Vyakarnam
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms, Suite 100
Madison, NJ 07940
(973) 966-3200
avyakarnam@windelsmarx.com

Defendant Alkem Laboratories Ltd. will continue to be represented by Smith, Katzenstein & Jenkins LLP.

Dated:  April 15, 2019                                              SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendant Alkem Laboratories Ltd.*
