IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MANKIND PHARMA LTD., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1689 (CFC) ) CONSOLIDATED ) ) ) ) ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Scheduling Order (D.I. 20) as amended by the Court's Order of September 11, 2019 (D.I. 85) in the above captioned case, Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Corporation (collectively, "Plaintiffs"), and Defendants Mankind Pharma Ltd., Lifestar Pharma LLC, Lupin Ltd. and Lupin Pharmaceuticals, Inc., Alkem Laboratories Ltd., Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc., Laurus Labs Ltd. and Laurus Generics Inc., Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited, Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc., Sun Pharmaceutical

Industries Limited and Sun Pharmaceutical Industries, Inc., Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., Aizant Drug Research Solutions Pvt. Ltd., MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc., Annora Pharma Private Ltd. and Hetero USA Inc., Prinston Pharmaceutical Inc., Invagen Pharmaceuticals, Inc., and Cipla Ltd. and Cipla USA, Inc. (collectively, "Defendants") submit the Joint Claim Construction Charts with regard to the identified claim terms of U.S. Patents Nos. 8,551,957 and 7,713,938. Agreed-upon constructions are set forth in Exhibit A; disputed constructions are set forth in Exhibit B.

        The parties reserve the right to rely on additional intrinsic evidence to the extent that it is necessary to provide additional context or to rebut arguments made by other parties during the claim construction briefing.  The parties further reserve the right to rely on any intrinsic evidence identified by any other party. The parties also reserve their rights to rely on extrinsic evidence.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br>mdellinger@mnat.com<br><br>*Attorneys for Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, and Boehringer Ingelheim Corporation* | STAMOULIS & WEINBLATT, LLP<br><br>*/s/ Stamatios Stamoulis*<br>_____<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 North West Street, Third Floor<br>Wilmington, DE  19801<br> (302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendants Aizant Drug Research Solutions Pvt. Ltd. and Prinston Pharmaceutical Inc.* |
| RICHARDS LAYTON & FINGER, P.A.<br><br>*/s/ Kelly E. Farnan*<br>_____<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendants Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc, Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* | SMITH KATZENSTEIN & JENKINS, LLP<br><br>*/s/ Eve H. Ormerod*<br>_____<br>Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Defendant Alkem Laboratories* |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Kate Harmon*

_____
Kevin M. Capuzzi (#5462)
Kate Harmon (#5343)
222 Delaware Avenue, Suite 801
Wilmington, DE 19081
(302) 442-7010
kcapuzzi@beneschlaw.com
kharmon@beneschlaw.com

*Attorneys for Defendants Annora Pharma Private Ltd. and Hetero USA Inc.*

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*

_____
Arthur G. Connolly, III (#2667)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

4

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ *David A Bilson*
_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants Cipla Limited, Cipla USA, Inc., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., InvaGen Pharmaceuticals, Inc., Lupin Ltd., Lupin Pharmaceuticals, Inc., MSN Laboratories Private Ltd., MSN Pharmaceuticals Inc., Sun Pharmaceutical Industries Limited, Sun Pharmaceutical Industries, Inc., Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*

BLANK ROME LLP

/s/ *Adam V. Orlacchio*
_____
Adam V. Orlacchio (#5520)
1201 North Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6431
orlacchio@blankrome.com

*Attorneys for Defendants Mankind Pharma Ltd. and Lifestar Pharma LLC*

October 30, 2019

FLASTER GREENBERG PC

/s/ *Jeremy S. Cole*
_____
Jeremy S. Cole (#6226)
1201 North Orange Street, Suite 301
Wilmington, DE 19801
(856) 382-3305
jeremy.cole@flastergreenberg.com

*Attorneys for Defendants Laurus Labs Ltd. and Laurus Generics Inc.*

5

**Exhibit A**

**Agreed-Upon Terms**

| U.S Patent No. 8,551,957 |||
|---|---|---|
| **Claim(s)** | **Term/Phrase** | **Agreed-Upon Construction** |
| 4, 5, 6, 11, 25 | Claim preambles | The preambles are limiting and have their plain and ordinary meaning. |

**Exhibit B**

**Disputed Terms**

| U.S. Patent No. 7,713,938 | | | |
|---|---|---|---|
| **Claim(s)** | **Term/Phrase** | **Plaintiffs' Construction** | **Defendants' Construction** |
| 1-7 | "Crystalline form" | Plain and ordinary meaning as understood by a person of skill in the art<br><br>**Intrinsic Evidence:**<br><br>Figs. 1 and 2;<br>1:25-48;<br>2:15-25;<br>2:57-3:4;<br>3:53-4:67;<br>5:49-61;<br>6:11-19;<br>11:1-12:4.<br>Notice of Allowance March 10, 2009. | "a stable crystalline form that does not undergo polymorphic change"<br><br>**Intrinsic Evidence:**<br><br>1:59-63;<br>2:1-41;<br>2:50-53;<br>3:52-57. |