IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MANKIND PHARMA LTD., LIFESTAR PHARMA LLC, LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ALKEM LABORATORIES LTD., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., LAURUS LABS LTD., LAURUS GENERICS INC., ALEMBIC PHARMACEUTICALS LTD., ALEMBIC PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LIMITED, MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., AIZANT DRUG RESEARCH SOLUTIONS PRV. LTD., MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS INC., ANNORA PHARMA PRIVATE LTD., HETERO USA INC., PRINSTON PHARMACEUTICAL INC., INVAGEN PHARMACEUTICALS, INC., CIPLA LIMITED and CIPLA USA, INC., <br><br> Defendants. | C.A. No. 18-1689 (CFC) <br> CONSOLIDATED |

**PLAINTIFFS BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, AND BOEHRINGER INGELHEIM CORPORATION'S NOTICE OF DEPOSITION TO KESAVAN GOVINDARAJAN OF CADILA HEALTHCARE LIMITED AND/OR <u>ZYDUS PHARMACEUTICALS (USA) INC.</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30(b)(1) and the Local Court Rules for the United District Court for the District of Delaware, Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Corporation, (collectively "Boehringer" or "Plaintiffs") will take the deposition of Kesavan Govindarajan, remotely, using audio-visual conference technology, beginning at a time to be decided by the parties on July 30, 2020, and continuing thereafter from day to day until concluded, or at such other time as may be agreed to among counsel.

The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oath under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GMBH and Boehringer Ingelheim Corporation*

OF COUNSEL:

Jeanna M. Wacker
Christopher T. Jagoe
Thomas F. Fleming
Mira A. Mulvaney
Sam Kwon
Ashley Ross
Christopher J. Citro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4679

Bryan S. Hales
James F. Hurst
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

July 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 8, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Defendants Zydus Pharmaceuticals*<br>*(USA) Inc. and Cadila Healthcare Limited* | *VIA ELECTRONIC MAIL* |
| Chad A. Landmon, Esquire<br>Edward M. Mathias, Esquire<br>Ryan A. Cook, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>*Attorneys for Defendants Zydus Pharmaceuticals*<br>*(USA) Inc. and Cadila Healthcare Limited* | *VIA ELECTRONIC MAIL* |
| Eric D. Dunbar, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>New York, NY 10036<br>*Attorneys for Defendants Zydus Pharmaceuticals*<br>*(USA) Inc. and Cadila Healthcare Limited* | *VIA ELECTRONIC MAIL* |
| Brett Garrison, Esquire<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street NW<br>Washington, DC 20004<br>*Attorneys for Defendants Zydus Pharmaceuticals*<br>*(USA) Inc. and Cadila Healthcare Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)