UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>MANKIND PHARMA LTD., LIFESTAR PHARMA LLC, LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ALKEM LABORATORIES LTD., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., LAURUS LABS LTD., LAURUS GENERICS INC., ALEMBIC PHARMACEUTICALS LTD., ALEMBIC PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LIMITED, MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., AIZANT DRUG RESEARCH SOLUTIONS PRV. LTD., MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS INC., ANNORA PHARMA PRIVATE LTD., HETERO USA INC., PRINSTON PHARMACEUTICAL INC., INVAGEN PHARMACEUTICALS, INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>      Defendants. | C.A. No. 18-1689 (CFC)<br>CONSOLIDATED |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

The undersigned counsel for Defendants Aizant Drug Research Solutions Pvt.

Ltd. ("Aizant") and Prinston Pharmaceutical Inc. ("Prinston") hereby provides notice

that Ronald M. Daignault and Richard Juang are no longer affiliated with Goldberg

Segalla LLP. Mr. Daignault and Mr. Juang are now affiliated with the law firm of Daignault Iyer LLP. These attorneys will continue to represent Aizant and Prinston in this case. The docket should be updated to reflect that their new contact information is as follows:

>Ronald M. Daignault
>Daignault Iyer LLP
>8200 Greensboro Drive
>Suite 900
>Mclean, VA 22102
>rdaignault@daignaultiyer.com
>
>Richard Juang
>Daignault Iyer LLP
>8200 Greensboro Drive
>Suite 900
>Mclean, VA 22102
>rjuang@daignaultiyer.com

| | |
|---|---|
| Dated: February 12, 2021 | Respectfully submitted, |
| | STAMOULIS & WEINBLATT LLC |
| | */s/ Stamatios Stamoulis* |
| | Stamatios Stamoulis |
| | 800 N West Street, Third Floor |
| | Wilmington, DE 19801 |
| | (302) 999-1540 |
| | stamoulis@swdelaw.com |

Of counsel:
Ronald M. Daignault (*pro hac vice*)
Richard Juang (*pro hac vice*)
DAIGNAULT IYER LLP
8200 Greensboro Drive - Suite 900
Mclean, VA 22102
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Defendant Prinston Pharmaceutical Inc. and Aizant Drug Research Solutions Pvt. Ltd.*