# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MANKIND PHARMA LTD., LIFESTAR PHARMA LLC, LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ALKEM LABORATORIES LTD., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., LAURUS LABS LTD., LAURUS GENERICS INC., ALEMBIC PHARMACEUTICALS LTD., ALEMBIC PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LIMITED, MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., AIZANT DRUG RESEARCH SOLUTIONS PRV. LTD., MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS INC., ANNORA PHARMA PRIVATE LTD., HETERO USA INC., PRINSTON PHARMACEUTICAL INC., INVAGEN PHARMACEUTICALS, INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>　　　　　Defendants. | C.A. No. 1:18-cv-01689-CFC<br>(Consolidated) |

**DEFENDANTS' NOTICE OF DEPOSITION OF DR. ALLAN S. MYERSON PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

1

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Defendants"), through their counsel, shall take the deposition of Dr. Allan S. Myerson remotely, using audio-visual conference technology, on May 5, 2021, beginning at 9:00 a.m. ET, and continuing day to day until completed with adjournments that may be necessary. The deposition will be taken before a notary public or other officer authorized to administer oaths under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware. The deposition will be recorded by videographic and/or stenographic means.

Dated: April 12, 2021

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pmdehlaw.com
dab@pmdehlaw.com

*Of Counsel:*
Chad A. Landmon
Edward Mathias
Ryan A. Cook.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
clandmon@axinn.com
tmathias@axinn.com
rcook@axinn.com

Eric D. Dunbar
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street, Floor 22
New York, NY 10036
(212) 728-2200
edunbar@axinn.com

Brett Garrison
Ricardo Camposanto
AXINN, VELTROP & HARKRIDER LLP
950 F Street NW
Washington, DC 20004
(202) 912-4700
bgarrison@axinn.com
rcamposanto@axinn.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*