**PHILLIPS, MCLAUGHLIN & HALL, P.A.**

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

June 21, 2021

**VIA CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

  Re: *Boehringer Ingelheim Pharmaceuticals, Inc. v. Mankind Pharma Ltd, et al.* / C.A. No. 18-1689-CFC-SRF (Cons.)

Dear Judge Connolly:

  There has been a recent development in this case that may affect, at least as to two patents, the trial schedule and the scope of the trial. Defendants are working to coordinate their responses to this development but, given the fast-approaching pretrial deadlines, wanted to contact the Court now to request a teleconference. Defendants are happy to prepare a written submission for the Court if that would be helpful.

          Respectfully,

          */s/ John C. Phillips, Jr.*

          John C. Phillips, Jr. (#110)

          *\* Submitted on behalf of all Defendants*

cc: Counsel for Plaintiffs (via CM/ECF & email)