# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

___

(302) 658-9200
(302) 658-3989 FAX

MEGAN E. DELLINGER
(302) 351-9366
mdellinger@morrisnichols.com

June 21, 2021

**BY CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Boehringer Ingelheim Pharms. Inc. et al. v. Mankind Pharma Ltd. et al.*,
           C.A. No. 18-1689 (CFC) (consolidated)

Dear Judge Connolly:

      This firm, together with Kirkland & Ellis LLP, represents Boehringer in the above-captioned matter. We write to provide additional information regarding the new developments that may affect the timing and scope of trial with respect to a subset of the asserted patents referenced in defendants' letter (D.I. 426).

      On Friday June 11, 2021, the FDA finalized product label amendments for Boehringer's empagliflozin products. It is not yet known whether, when and to what extent some or all of the defendants will adopt those amendments into their proposed ANDA product labels. The outcome of those questions may impact whether it makes sense for the currently scheduled trial to include two or three of the five asserted patents that are directed to methods of treatment. On Tuesday, June 15, Boehringer informed the defendants of the label amendment and its thoughts on how to proceed, with the hope that the parties could soon jointly approach the Court with a proposal (or proposals). As of yet, defendants have not provided Boehringer with their views, which we understand they are still discussing.

The Honorable Colm F. Connolly
June 21, 2021
Page 2

      The parties were unable to agree to include that the recent development was a label change in a joint submission. Boehringer thought the Court may benefit by knowing the above context before convening a call, should the Court do so. Boehringer agrees a teleconference with the Court makes sense and would be happy to prepare a written submission for the Court if that would be helpful.

                                    Respectfully,

                                    */s/ Megan E. Dellinger*

                                    Megan E. Dellinger (#5739)

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and electronic mail)