IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>MANKIND PHARMA LTD., LIFESTAR PHARMA LLC, LUPIN LTD., LUPIN PHARMACEUTICALS, INC., ALKEM LABORATORIES LTD., AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., LAURUS LABS LTD., LAURUS GENERICS INC., ALEMBIC PHARMACEUTICALS LTD., ALEMBIC PHARMACEUTICALS, INC., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LIMITED, MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMACEUTICAL INDUSTRIES, INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., AIZANT DRUG RESEARCH SOLUTIONS PRV. LTD., MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS INC., ANNORA PHARMA PRIVATE LTD., HETERO USA INC., PRINSTON PHARMACEUTICAL INC., INVAGEN PHARMACEUTICALS, INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>          Defendants. | C.A. No. 18-1689 (CFC)<br>CONSOLIDATED |

## **CONSENT JUDGMENT**

WHEREAS Plaintiffs Boehringer Ingelheim International GmbH, Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively, "Boehringer") and

Defendant Alkem Laboratories Ltd. ("Alkem") have agreed to terms and conditions representing a negotiated resolution of Civil Action Nos. 18-1738-CFC (D. Del.) and 19-1493-CFC (D.Del.), which have been consolidated with the above-captioned matter, Civil Action No. 18-1689-CFC (D. Del.); and

WHEREAS the following definitions shall apply to this Consent Judgment:

(i) "the '957 Patent" means U.S. Patent No. 8,551,957;

(ii) "the '998 Patent" means U.S. Patent No. 9,949,998;

(iii) "the '637 Patent" means U.S. Patent No. 10,258,637;

(iv) "Alkem ANDA Products" means the products described in Abbreviated New Drug Application Nos. 212382 and 212366, including 10 mg and 25 mg empagliflozin tablets as generic versions of Jardiance, 10 mg/5 mg and 25 mg/5 mg empagliflozin/linagliptin tablets as generic versions of Glyxambi as existing on the Effective Date, and as amended or supplemented from time to time in the ordinary course of business; and

(vi) "Affiliate" means any entity controlling, controlled by, or under common control with a Party, but only as long as such control continues, where "control" means: (a) the ownership of more than fifty percent (50%) of the equity or beneficial interest of such entity, or the right to vote for or appoint a majority of the board of directors or other governing body of such entity; or (b) the power to directly or indirectly direct or cause the direction of the management and policies of such entity by any means whatsoever;

The parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment in this action as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

2. Alkem admits that the '957, '998 and '637 patents are valid and enforceable, and at least one claim of each of the '957, '998 and '637 patents is infringed by the Alkem ANDA Products.

3. Unless specifically authorized or otherwise modified between the parties, Alkem, including any of its successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing the Alkem ANDA Products in the United States, on its own or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in concert or coordination with Alkem or its Affiliates, through and until the expiration of the '957 Patent, the '998 Patent, and the '637 Patent, including any patent term extension, patent term adjustment, pediatric exclusivity, or any other regulatory exclusivities.

4. This Court retains jurisdiction to enforce performance under this Consent Judgment and any related agreement(s). The Parties agree that, in the event of violation of the terms of this Consent Judgment or any related agreement(s), this Court has personal jurisdiction over the parties and venue for an action to enforce performance under this Consent Judgment, including for a preliminary injunction against the breaching conduct and the Parties hereby waive any and all defenses based on lack of personal jurisdiction or venue.

5. The Complaints in Civil Action Nos. 18-1738-CFC (D. Del.) and 19-1493-CFC (D.Del.) and all remaining claims, counterclaims, or affirmative defenses in these actions, which have been consolidated with the above-captioned matter, Civil Action No. 18-1689-CFC (D. Del.), are dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ *Brian P. Egan* | /s/ *Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>mdellinger@morrisnichols.com | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br>(302) 652-8400<br><br>*Attorneys for Defendant Alkem Laboratories Ltd.* |
| *Attorneys for Plaintiffs Boehringer Ingelheim International GmbH, Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.* | |

July 27, 2021

**SO ORDERED** this _____ day of _____ 2021.

                                                                                     HONORABLE COLM F. CONNOLLY
                                                                                     UNITED STATES DISTRICT JUDGE