IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MANKIND PHARMA LTD., et al.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1689-CFC-SRF<br>) (Consolidated)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Stephanie S. Riley, Esquire, is hereby withdrawn as counsel of record for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd., who continue to be represented by Arthur G. Connolly and Brandon R. Harper of the law firm Connolly Gallagher LLP, and also by attorneys from the law firm of Withers Bergman LLP.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　CONNOLLY GALLAGHER LLP

*Of Counsel:*　　　　　　　　　　　　　　　*/s/ Arthur G. Connolly, III*

Steven J. Moore　　　　　　　　　　　　　Arthur G. Connolly, III (#2667)
James Nealon　　　　　　　　　　　　　　Brandon R. Harper (#6418)
WITHERS BERGMAN LLP　　　　　　　　1201 North Market Street, 20th Floor
1700 East Putnam Road　　　　　　　　　Wilmington, DE 19801
Old Greenwich, CT 06870-1366　　　　　　(302) 757-7300
(203) 302-4069　　　　　　　　　　　　　aconnolly@connollygallagher.com
Steven.moore@withersworldwide.com　　　bharper@connollygallagher.com
James.nealon@withersworldwide.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Aurobindo Pharma*
　　　　　　　　　　　　　　　　　　　　　　*USA Inc. and Aurobindo Pharma Ltd.*

Dated: July 30, 2021