IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LTD., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1689 (CFC)(SRF)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Defendants to file a redacted version of their Motion to Compel (D.I. 462) is extended to November 4, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL |
| /s/ *Megan E. Dellinger* | /s/ *David A. Bilson* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br><br>*Attorneys for Defendants Cipla Limited, Cipla USA, Inc., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., InvaGen Pharmaceuticals, Inc., Lupin Ltd., Lupin Pharmaceuticals, Inc., Sun Pharmaceutical Industries Limited, and Sun Pharmaceutical Industries, Inc.* |
| CONNOLLY GALLAGHER LLP | BLANK ROME LLP |
| /s/ *Arthur G. Connolly, III* | /s/ *Adam V. Orlacchio* |
| Arthur G. Connolly, III (#2667)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.* | Adam V. Orlacchio (#5520)<br>Anna E. Currier (#6271)<br>James G. Gorman III (#6284)<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6431<br>adam.orlacchio@blankrome.com<br>anna.currier@blankrome.com<br>james.gorman@blankrome.com<br><br>*Attorneys for Defendants Mankind Pharma Ltd. and Lifestar Pharma LLC* |

2

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Alexis N. Stombaugh*

---

Adam W. Poff (#3990)
Alexis N. Stombaugh (#6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
astombaugh@ycst.com

*Attorneys for Defendants Laurus Labs Ltd.
and Laurus Generics Inc.*

October 28, 2022


SO ORDERED this 31st day of October 2022.

_____
Chief, United States District Judge