IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MANKIND PHARMA LTD., et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1689-CFC-SRF <br> (Consolidated) |

## [PROPOSED] ORDER

At Wilmington, this \_\_\_18th\_\_\_ day of \_\_\_November\_\_\_, 2022, IT IS HEREBY ORDERED that Defendants shall have through May 9, 2023 to conduct a Rule 30(b)(6) deposition of Plaintiffs in C.A. No. 21-1485-CFC (Cons.) with regard to (1) the prosecution of U.S. Patent No. 11,090,323 and (2) Plaintiffs' efforts to expand their product labels as to Jardiance, Synjardy, Synjardy XR and Glyxambi.

IT IS FURTHER ORDERED that, on or before January 31, 2023, Plaintiffs shall produce to Defendants a privilege log identifying correspondence with counsel regarding modifications and/or potential modifications to Plaintiffs' product labels (as defined above).

IT IS FURTHER ORDERED that, no later than May 9, 2023, the parties shall file with the Court a joint status report.

_____
The Honorable Colm F. Connolly
Chief United States District Court Judge