IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1689 (CFC)(SRF) <br> CONSOLIDATED |

## JOINT STATUS REPORT

On November 18, 2022, the Court directed the parties to file a joint status report in relation to the discovery proceedings pertaining to certain product label amendments and patent prosecution. D.I. 471. Pursuant to that Order, the parties file this joint status report.

On February 7, 2023, Boehringer produced to Defendants "a privilege log identifying correspondence with counsel regarding modifications and/or potential modifications to Plaintiffs' product labels." Thereafter, the parties met and conferred on the scope of the privilege log, and on May 10, 2023, Boehringer produced to Defendants a supplemental privilege log that included additional entries pursuant to party agreement.

On May 17, 2023, Defendants took a Rule 30(b)(6) deposition regarding "Plaintiffs' efforts to expand their product labels as to Jardiance, Synjardy, Synjardy XR and Glyxambi." Boehringer designated Dominique Pecot, Senior Associate Director in Product Labeling, as its corporate designee on this topic.

On July 20, 2023, Defendants took a Rule 30(b)(6) deposition regarding "the prosecution of U.S. Patent No. 11,090,323." Boehringer designated Andrea Lockenour, Vice President of US Intellectual Property, as its corporate designee on this topic.

In light of the completion of the above-mentioned discovery, Defendants wish to seek relief from the Court in connection with Boehringer's failure to timely disclose information related to its label change and request that the Court provide guidance on whether it would like Defendants to make that request in a formal motion, under the Court's procedure for discovery disputes, or in some other fashion.

Plaintiffs do not believe there is any basis for the Defendants' request but are prepared to respond (and reserve the right to seek any appropriate relief), should the Court permit papers on such requested relief to be submitted at this time. Plaintiffs, however, believe that any remaining issues can be dealt with when the case resumes.

The parties are available for a teleconference to discuss Defendants' request if the Court believes that would be helpful.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL |
| */s/ Jack B. Blumenfeld* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>mdellinger@morrisnichols.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Attorneys for Plaintiffs Boehringer Ingelheim Pharmaceuticals Inc., Boehringer Ingelheim International GMBH, and Boehringer Ingelheim Corporation* | *Attorneys for Defendants Cipla Limited, Cipla USA, Inc., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., InvaGen Pharmaceuticals, Inc., Lupin Ltd., Lupin Pharmaceuticals, Inc., Sun Pharmaceutical Industries Limited, and Sun Pharmaceutical Industries, Inc.* |

July 28, 2023